# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**KENNEJAH DESHAE COLLINS,**
**by and through her mother and natural guardian,**
**Shakira Winfield**                                                                                  **PLAINTIFF**

**v.**     **Case No. 2:19-cv-00071-LPR**

**ANDREW SAUL, Commissioner,**                                                 **DEFENDANT**
**Social Security Administration**[1]

## ORDER

The Court has reviewed the Recommendation (Doc. 12) filed by United States Magistrate Judge Beth Deere. Plaintiff Collins has not filed an objection to the Recommendation. After careful consideration of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the Commissioner's decision is AFFIRMED and Plaintiff Collins's Complaint (Doc. 2) is DISMISSED with prejudice.

DATED this 16th day of July 2020.

                                                                                        LEE P. RUDOFSKY
                                                                                        UNITED STATES DISTRICT JUDGE

---

[1] On June 6, 2019, the United States Senate confirmed Mr. Saul's nomination to lead the Social Security Administration. Pursuant to Fed. R. Civ. P. 25(d), Mr. Saul is automatically substituted as the Defendant.