# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**KENNEJAH DESHAE COLLINS,**
**by and through her mother and natural guardian,**
**Shakira Winfield**                                                                   **PLAINTIFF**

**v.**                    **Case No. 2:19-cv-00071-LPR**

**ANDREW SAUL, Commissioner,**                                       **DEFENDANT**
**Social Security Administration[1]**

## JUDGMENT

Consistent with the Order that was entered on July 16, 2020, it is considered, ordered, and adjudged that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 16th day of July 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] On June 6, 2019, the United States Senate confirmed Mr. Saul's nomination to lead the Social Security Administration. Pursuant to Fed. R. Civ. P. 25(d), Mr. Saul is automatically substituted as the Defendant.